IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 06-CR-239 |
| v. ) | Honorable Amy J. St. Eve |
| ) | Judge Presiding |
| ANTHONY CALABRESE ) | |

**DEFENDANT ANTHONY CALABRESE'S MOTION FOR EXPEDITED
COMPASSIONATE RELEASE AND REDUCTION IN SENTENCE**

Now Comes the Defendant, ANTHONY CALABRESE ("Mr. Calabrese"), by and through his attorneys, JOSEPH R. LOPEZ and LISA M. LOPEZ, and pursuant to 18 U.S.C. § 3582 (c)(1)(A), moves this Honorable Court for expedited compassionate release and a reduction in his sentence. In support of this request, Mr. Calabrese offers the following:

1. Mr. Calabrese has been in continuous custody since being charged in case 02-CR-448. Mr. Calabrese was found guilty in that case on April 15, 2003.

2. He was sentenced to 87 months in case 02-C-448 and served his sentence.

3. On April 6, 2003, he was indicted in this case. Mr. Calabrese went to trial and was found guilty. He was sentenced to 751 months' imprisonment.

4. Mr. Calabrese is currently serving his sentence at FCI Terra Haute.

5. Recently, Mr. Calabrese was diagnosed with an incurable stage IV GE junction cancer.

6. According to Dr. Sang Hub of the Coleman Cancer Center, the survival rates vary from three months to two years depending on treatment alternatives.

7. Upon information and belief, this information has been reported to the Bureau of Prisons and a request for compassionate release has been sent to the Warden at FCI Terra Haute.

8. The BOP will consider requests for a reduction in sentence where an inmate suffers from a terminal or debilitated medical condition. The BOP's criteria for a Reduction in Sentence, ("RIS") may include:

<u>Terminal Medical Condition</u>: where an inmate has been diagnosed with a terminal, incurable disease and whose life expectancy is 18 months or less, RIS consideration may be given. The BOP's consideration should include assessment of the primary (terminal) disease, prognosis, impact of other serious medical conditions of the inmate, and degree of functional impairment. Functional impairment (limitations on daily activities such as feeding or dressing oneself) is not required for inmates diagnosed with terminal medical conditions; however, functional impairment may be a factor when considering the inmate's ability to reoffend.
18 U.S.C. §§ 3582(c)(1)(A) and 4205(g).

9. Mr. Calabrese's stage IV GE junction cancer is terminal and he fits the criteria set forth in the statutes.

10. Mr. Calabrese would like to be released from custody for compassionate reasons and requests that this Honorable Court reduce his sentence and impose supervised release so that he may return home and seek treatment.

11. Mr. Calabrese is waiting for the BOP to direct the United States Attorney's Office to file a Motion for Reduction in Sentence as a result of the incurable nature of his medical condition. The Motion for Reduction in Sentence will allow Mr. Calabrese to be released under stringent conditions. Each day is crucial as his days are gravely limited.

12. Mr. Calabrese needs his request expedited as he needs to formalize a treatment plan for his terminal cancer.

WHEREFORE, Mr. Calabrese respectfully requests that this Honorable Court expedite his request for Compassionate Relief and any other remedies it finds equitable.

Respectfully submitted,

<em>/s/Joseph R. Lopez</em>

Joseph R. Lopez
Lopez & Lopez, LTD.
Attorney No. 6186562
53 W. Jackson Blvd., Suite 1651
Chicago, IL 60604   (312) 922-2001

**CERTIFICATE OF SERVICE**

I, Joseph R. Lopez, an attorney, certify that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the foregoing document was served on January 31, 2018, pursuant to the District Court's system as to ECF filers.

Respectfully submitted,

*/s/Joseph R. Lopez*

Joseph R. Lopez
Lopez & Lopez, LTD.
Attorney No. 6186562
53 W. Jackson Blvd., Suite 1651
Chicago, IL 60604  (312) 922-2001